| | |
|---|---|
| CARA C. CHRISTENSEN (SBN 43198)<br>JESSE A. P. BAKER (SBN 36077)<br>PITE DUNCAN, LLP<br>The Ogden Building<br>9311 SE 36th St, Ste 100<br>Mercer Island, WA 98040<br>Telephone: (425) 644-6471 | Honorable Timothy W. Dore<br>CHAPTER: 7<br>HEARING DATE: February 10, 2012<br>HEARING TIME: 9:30am<br>RESPONSE DATE: February 3, 2012 |

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In re<br><br>Son D Nguyen and Dao A Diep,<br><br>Debtor(s). | No. 11-23940-TWD<br><br>NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY |

TO: Clerk of the United States Bankruptcy Court
AND TO: U.S. Trustee
AND TO: Chapter 7 Trustee
AND TO: The Debtors and Debtors' Counsel
AND TO: Parties requesting notice under F.R.B.P. 2002(i)

PLEASE TAKE NOTICE that the Motion of Wells Fargo Bank, N.A., is set for hearing as follows:

JUDGE: Honorable Timothy W. Dore      TIME: 9:30a.m

PLACE: US Courthouse, 8th Floor       DATE: February 10, 2012
      Courtroom 8106
      700 Stewart Street.
      Seattle, WA 98101

Movant hereby waives the time constraints set forth in Title 11 U.S.C. Section 362(e) and consents to a hearing on the within Motion beyond the thirty (30) day time limitation required under the Bankruptcy Code.

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers NOT LATER THAN THE RESPONSE DATE, which is February 3, 2012.

/./.

/./.

- 1 -

| | |
|---|---|
| 1 | IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing. |
| 2 | |

Dated: <u>December 30, 2011</u>                    PITE DUNCAN, LLP

<u>/s/ CARA C. CHRISTENSEN</u>
CARA C. CHRISTENSEN, WSBA 43198
Attorneys for WELLS FARGO BANK, N.A.