# IN THE UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| In re | No. 11-23940-TWD |
|---|---|
| SON D NGUYEN AND DAO A DIEP, | **[PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| Debtors. | |

This matter, having come before the court on the Motion for Relief From Automatic Stay filed by Wells Fargo Bank, N.A. ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said motion, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED:

1. That the automatic stay of 11 United States Code section 362 is terminated as it applies to the enforcement by Movant of all of its rights in the Real Property commonly known as

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

ORDER GRANTING RELIEF FROM AUTOMATIC STAY -1-

1910 NE 33RD PL, Renton, WA 98056-8015, and legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF,

under the Note and Deed of Trust;

2. That Movant is granted leave to foreclose on the Real Property and to enforce the security interest under the Note and Deed of Trust, including any action necessary to obtain possession of the Property;

3. That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

/s/ CARA C. CHRISTENSEN
CARA C. CHRISTENSEN WSBA# 43198
Attorneys for Wells Fargo Bank, N.A
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

ORDER GRANTING RELIEF FROM AUTOMATIC STAY -2-

Case 11-23940-TWD    Doc 11-3    Filed 12/30/11    Ent. 12/30/11 13:49:00    Pg. 2 of 2