CARA C. CHRISTENSEN (SBN 43198)
JESSE A. P. BAKER (SBN 36077 )
PITE DUNCAN, LLP
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Honorable Timothy W. Dore
CHAPTER: 7
HEARING DATE: February 10, 2012
HEARING TIME: 9:30am
RESPONSE DATE: February 3, 2012

# IN THE UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In re<br><br>SON D NGUYEN AND DAO A DIEP,<br><br>Debtor(s). | No. 11-23940-TWD<br><br>PROOF OF SERVICE BY MAIL |

I, Luz E. Vega, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On December 30, 2011, I served the NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY; MOTION FOR RELIEF FROM THE AUTOMATIC STAY; [PROPOSED] ORDER FOR RELIEF FROM THE AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY; and REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 30, 2011, at San Diego, California.

/s/Luz E. Vega
LUZ E. VEGA

PROOF OF SERVICE                -1-

## SERVICE LIST

**DEBTOR(S)**

Son D Nguyen
Dao A Diep
1910 North East 33rd Place
Renton, WA 98056

**DEBTOR(S) ATTORNEY**

Khanh C Tran
Tran Law Firm PS
787 Maynard Ave S
Seattle, WA 98104

Rosanna S Chung
Tran Law Firm PS
787 Maynard Ave South
Seattle, WA 98104
206-625-4091

**CHAPTER 7 TRUSTEE**

James Rigby
600 Stewart Street #1908
Seattle, Washington 98101-1217

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
700 Stewart St. Ste 5103
Seattle, WA 98101

**SERVED VIA ECF ONLY**