| | |
|---|---|
| CARA C. CHRISTENSEN (SBN 43198)<br>JESSE A. P. BAKER (SBN 36077 )<br>CHAPTER: 7<br>PITE DUNCAN, LLP<br>The Ogden Building<br>9311 SE 36th St, Ste 100<br>Mercer Island, WA 98040<br>Telephone: (425) 644-6471 | Honorable Timothy W. Dore<br>CHAPTER: 7<br>HEARING DATE: February 10, 2012<br>HEARING TIME: 9:30am<br>RESPONSE DATE: February 3, 2012 |

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| In re<br><br>SON D NGUYEN AND DAO A DIEP ,<br><br><br><br>Debtor(s). | Case No. 11-23940-TWD<br><br>Chapter 7<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

I, Ines A. Suarez, declare:

1. I am over 18 years of age and am employed as a Vice President of Loan Documents of Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo Bank, N.A."). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with Wells Fargo Bank, N.A.'s books and records regarding the Loan, including Wells Fargo Bank, N.A.'s servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Wells Fargo Bank, N.A. maintains its books and records, including computer records relating to the servicing of the Loan. Wells Fargo Bank, N.A.'s records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events

- 1 -

000008-224528346-M                                                                       11-23940-TWD

Case 11-23940-TWD    Doc 12    Filed 12/30/11    Ent. 12/30/11 13:51:31    Pg. 1 of 3

1 recorded. Such records are obtained, kept and maintained by Wells Fargo Bank, N.A. in the regular course of Wells Fargo Bank, N.A.'s business. Wells Fargo Bank, N.A. relies on such records in the ordinary course of its business.

4. 3. According to Wells Fargo Bank, N.A.'s books and records, the Loan is evidenced by a promissory note executed by Dao A Diep and dated February 27, 2008, in the original principal amount of $572,000.00 (the "Note"), which was made payable to Wachovia Mortgage, FSB. *See* Exhibit A.

4. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 1910 NE 33RD PL, Renton, WA 98056-8015 (the "Property"). The Deed of Trust reflects that it was duly recorded. *See* Exhibit B.

5. Copies of the Note and Deed of Trust which are attached hereto as Exhibits A and B are true and correct copies of said documents contained in Wells Fargo Bank, N.A.'s business records.

6. On or about December 31, 2007, WSB's charter and bylaws were amended to change its name to Wachovia Mortgage, FSB ("Wachovia"). A copy of the Office of Thrift and Supervision's approval letter evidencing the name change is attached hereto as Exhibit C.

7. On or about November 1, 2009, Wachovia converted to a national bank with the name Wells Fargo Bank Southwest National Association ("WFBSW"). On the same date, WFBSW merged with and into Wells Fargo Bank, National Association. A copy of the Official Certification of the Comptroller of the Currency evidencing the conversion and merger is attached hereto as Exhibit D..

8. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

9. As of December 9, 2011, the total payments due under the Loan are as follows:

/./././
/././
/././

| PAYMENTS | | | |
|---|---|---|---|
| Number of Payments | Payment Amount | Payment Dates | Total |
| 4 | $3,066.20 | 12/15/2008 to 3/15/2009 | $12,264.80 |
| 12 | $3,252.90 | 4/15/2009 to 3/15/2010 | $39,034.80 |
| 12 | $3,453.60 | 4/15/2010 to 3/15/2011 | $41,443.20 |
| 8 | $3,669.35 | 4/15/2011 to 11/15/2011 | $29,354.80 |
| **Total Payments Due as of December 9, 2011** | | | **$122,097.60** |

10. An additional payment has come due on December 15, 2011, and on the 15th day of each month thereafter until the Loan is paid in full.

11. As of December 2, 2011, the total amount owed under the Note is approximately $730,038.45.

12. Wells Fargo Bank, N.A. has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _28_ day of _December_, 2011, at _San Antonio, Texas_.

_____

PRINT NAME HERE: _Ines A. Gomez_