ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Timothy W Dore
Hearing Location: Seattle
Hearing Date: March 9, 2012
Hearing Time: 9:30am
Response Date: March 2, 2012

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

SON D NGUYEN AND
DAO A DIEP

DEBTORS.

**CHAPTER 7 BANKRUPTCY**

**NO.: 11-23940-TWD**

# MOTION FOR RELIEF FROM AUTOMATIC STAY

## (REAL PROPERTY)

Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 349 17th Avenue, Seattle, WA 98122 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtors on December 2, 2011.

2. The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $520,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

Motion For Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 11-23940-TWD    Doc 19    Filed 02/16/12    Ent. 02/16/12 10:30:42    Pg. 1 of 3

3. Movant is an entity entitled to enforce the Note because Movant is in possession, either directly or through the use of an authorized agent and/or document custodian, of the Note endorsed in blank.

4. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Deed of Trust are secured by the Property. A copy of the Deed of Trust is attached hereto as Exhibit B.

5. The Debtors' statement of intent indicates the Property is to be surrendered.

6. As of January 9, 2012, the outstanding amount of the Obligations less any partial payments or suspense balance is $638,449.78.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, Movant has incurred legal fees associated with the filing of this motion. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtors as of January 9, 2012:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 35 | December 1, 2008 | October 1, 2011 | $3,135.95 | $109,758.25 |
| 2 | November 1, 2011 | December 1, 2011 | $3,144.21 | $6,288.42 |
| 1 | January 1, 2012 | January 1, 2012 | $1,898.38 | $1,898.38 |

**Total:** $117,945.05

9. The estimated market value of the Property is $450,000.00. The basis for such valuation is Debtors' sworn schedules.

Motion For Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 11-23940-TWD    Doc 19    Filed 02/16/12    Ent. 02/16/12 10:30:42    Pg. 2 of 3

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $788,449.78.

11. Cause exists for relief from the automatic stay for the following reasons:

    a. Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion.

    b. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

DATED this   15   day of   February  , 2012.

**ROUTH CRABTREE OLSEN, P.S.**

By:   /s/ Melissa Romeo
     Melissa Williams Romeo, WSBA# 40644
     Attorneys for Movant

Motion For Relief From Stay
Page - 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 11-23940-TWD    Doc 19    Filed 02/16/12    Ent. 02/16/12 10:30:42    Pg. 3 of 3