Honorable Judge Timothy W Dore
Chapter 7
Hearing Location: Seattle

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE | CHAPTER 7

SON D NGUYEN AND
DAO A DIEP | CASE NO.: 11-23940-TWD

DEBTORS.

## DECLARATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, _Rocio Szwed_ , declare under penalty of perjury as follows:

1.  I am an _Assistant Vice President_ of Bank of America, N.A., successor by

merger to BAC Home Loans Servicing, LP ("BANA") and am authorized to sign this declaration on

behalf of BANA, as movant ("Movant") with respect to a certain loan (the "Loan") provided to

Debtors, which Loan is evidenced by the Note (defined below) and secured by the Deed of Trust

(defined below). This Declaration is provided in support of the Motion for Relief from Stay filed by

Movant in this proceeding (the "Motion").

2.  As part of my job responsibilities for BANA, I am familiar with the types of records

maintained by BANA in connection with the Loan and the procedures for creating those types of

records. I have access to the books, records and files of BANA that pertain to the Loan and extensions

of credit given to Debtors concerning the Property (defined below).

3.  The information in this declaration is taken from BANA's business records regarding the

Loan. I have personal knowledge of BANA's procedures for creating these types of records. The

Declaration in Support of Motion for Relief from Stay
11-23940-TWD
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records. I have personal knowledge of and prior to executing this declaration reviewed the books, records and files of BANA with respect to the Loan that is the subject of the Motion.

4. The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $520,000.00 (the "Note"). A true and correct copy of the Note is attached to the Motion as Exhibit A.

5. Movant is an entity entitled to enforce the Note because Movant is in possession, either directly or through the use of an authorized agent and/or document custodian, of the Note endorsed in blank.

6. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Deed of Trust are secured by the Property. A copy of the Deed of Trust is attached to the Motion as Exhibit B.

7. As of January 9, 2012, the outstanding amount of the Obligations less any partial payments or suspense balance is $638,449.78.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, Movant has incurred legal fees associated with the filing of this motion. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

Declaration in Support of Motion for Relief from Stay
11-23940-TWD
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

9.      The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtors as of January 9, 2012:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 35 | December 1, 2008 | October 1, 2011 | $3,135.95 | $109,758.25 |
| 2 | November 1, 2011 | December 1, 2011 | $3,144.21 | $6,288.42 |
| 1 | January 1, 2012 | January 1, 2012 | $1,898.38 | $1,898.38 |

**Total: $117,945.05**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.   Executed this _13th_ day of _February_, 2012 at _Simi Valley_ (city), _California_ (state).

Name: _Rocio Seward_
Title: _Assistant Vice President_

Declaration in Support of Motion for Relief from Stay
11-23940-TWD
Page - 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131