Entered on Docket March 8, 2012

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Timothy W Dore<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: March 9, 2012<br>Hearing Time: 9:30 am<br>Response Date: March 2, 2012 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SON D NGUYEN<br>DAO A DIEP,<br><br>Debtors. | No.: 11-23940-TWD<br><br>ORDER GRANTING RELIEF FROM STAY TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP |

This matter came before the Court upon Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP's ("Creditor") motion and further as to the property located at 349 17th Avenue, Seattle, Washington 98122 ("Property") and legally described

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 11-23940-TWD    Doc 32    Filed 03/08/12    Ent. 03/08/12 06:35:01    Pg. 1 of 2

as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Melissa Romeo WSBA#40644 for:
Michelle Riel, WSBA# 42090
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 11-23940-TWD    Doc 32    Filed 03/08/12    Ent. 03/08/12 06:35:01    Pg. 2 of 2