```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                          Case No. 11-23940-TWD
Son D Nguyen                                                    Chapter 7
Dao A Diep
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0981-2          User: admin              Page 1 of 2           Date Rcvd: Mar 07, 2012
                              Form ID: b18             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2012.
db/jdb      +Son D Nguyen,    Dao A Diep,    1910 NE 33rd. Pl.,    Renton, WA 98056-8015
sr          +Ford Motor Credit Company LLC,    PO Box 2186,    Seattle, WA 98111-2186
sr          +Wells Fargo Bank, N.A.,    Pite Duncan, LLP,    c/o Cara Christensen,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
953607083   +Bank Of America,    100 Beecham Drive, #104 HRM,    Pittsburgh, PA 15205-9774
953607084   +Bishop, White, Marshall & Weibel, PS,    720 Olive Way Ste 1201,    Seattle, WA 98101-3809
953607086   +City Of Seattle Light,    700 5th Avenue Ste 3200,    Seattle, WA 98104-5065
953765715   +Cobalt Mortgage,    11255 Kirkland Way, Suite 100,    Kirkland, WA 98033-3417
953765766   +Fourth St Plaza LLC,    P.O. Box 2545,    Redmond, WA 98073-2545
953607089   +Internal Revenue Service,    520 112th Avenue NE,    Bellevue, WA 98004-5558
953607090   +Key Bank,    122 Public Sq,    Cleveland, OH 44113
953765767   +Proliance Surgeons,    1800 116th Ave NE Ste 102,    Bellevue, WA 98004-3043
953607093    Puget Sound Energy,    P.O. BOX 91269,    Bellevue, WA  98009-9269
953765768   +Renton Collections, Inc.,    211 Morris Ave So,    Renton, WA 98057-2024
953765769   +Retriever Payment Systems,    5100 Interchange Way, Ste 100,    Louisville, KY 40229-2160
953607094   +SCA Collection Inc,    PO Box 876,    Greenville, NC 27835-0876
953607095   +Sentry Credit,    2809 Grand Ave,    Everett, WA 98201-3417
953607097   +Wachovia Mortgage,    2400 E Plano Pkwy,    Plano, TX 75074-8132
953765770   +Washington Imaging Service, LLC,    1135 116th Ave NE Ste 260,    Bellevue, WA 98004-4623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: WADEPREV.COM Mar 08 2012 02:18:00     State of Washington,    Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
953607082   +EDI: BANKAMER2.COM Mar 08 2012 02:18:00     Bank Of America,    100 N. Tryon St,
              Charlotte, NC 28202-4000
953607085   +EDI: CHASE.COM Mar 08 2012 02:18:00     Chase,    PO Box15298,    Wilmington, DE 19850-5298
953607087   +E-mail/Text: latrisha@dystrategies.com Mar 08 2012 02:31:35     Dynamics Stratgies,
              2525 220th St SE,    Bothell, WA 98021-4440
953607088   +EDI: FORD.COM Mar 08 2012 02:18:00     Ford Motor Credit Corporation,    P.O. BOX 6275,
              Dearborn, MI 48121-6275
953607091   +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 08 2012 02:32:47     NCO Financial,
              507 Prudential Rd,    Horsham, PA 19044-2368
953607092    EDI: PRA.COM Mar 08 2012 02:18:00     Portfolio Recovery Assoc,    120 Corporate Blvd, Ste 100,
              Norfolk, VA  23502
953607096    EDI: TFSR.COM Mar 08 2012 02:18:00     Toyota Financial,    19001 South Western Ave,
              Torrance, CA  90501
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2012**            **Signature:**   *Joseph Speetjens*

```
District/off: 0981-2            User: admin              Page 2 of 2                Date Rcvd: Mar 07, 2012
                                Form ID: b18             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2012 at the address(es) listed below:

         Cara C Christensen   on behalf of Special Request  Wells Fargo Bank, N.A. cchristensen@piteduncan.com, ecfwawb@piteduncan.com
         James Rigby   rigbylaw@aol.com, jr@trustesolutions.com;jr@trustesolutions.net
         Khanh C Tran   on behalf of Debtor Son Nguyen KhanhTran@tranlaw.net
         Krista L White   on behalf of Special Request  Ford Motor Credit Company LLC kwhite@bwmlegal.com
         Melissa W Romeo   on behalf of Creditor  Bank of America, N.A. ecf@rcolegal.com
         Rosanna S Chung   on behalf of Debtor Son Nguyen rosanna.chung@tranlawfirm.com, rosanna.chung@gmail.com
         United States Trustee   USTPRegion18.SE.ECF@usdoj.gov

                                                                                                                TOTAL: 7

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

**Case No. 11−23940−TWD**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Son D Nguyen  
1910 NE 33rd. Pl.  
Renton, WA 98056

Dao A Diep  
1910 NE 33rd Pl  
Renton, WA 98056

Social Security/Individual Taxpayer ID No.:
xxx−xx−7784
xxx−xx−6374

Employer Tax ID/Other nos.:

# DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **December 2, 2011.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: March 7, 2012

Timothy W Dore  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**